IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY J. CLOUGH,<br><br>　　Petitioner,<br><br>　　vs.<br><br>M. S. EVANS, Warden,<br><br>　　Respondent.<br>_____/ | 1:06-CV-00903-OWW-DLB-HC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION OF OCTOBER 3, 2006<br>(Doc. 9)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br>(Doc. 2) |

　　Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　On October 3, 2006, the court submitted findings and a recommendation to United States District Judge Oliver W. Wanger to dismiss petitioner's case for failure to comply with the court's order for petitioner to submit a certified copy of his prison trust account statement or pay the $5.00 filing fee, within thirty days. On October 17, 2006, petitioner filed objections to the findings and recommendation and also submitted a copy of his prison trust account statement. Due to petitioner's submission of a copy of his trust account statement, the findings and recommendation of October 3, 2006, shall be vacated.

　　In addition, petitioner's motion to proceed in forma pauperis shall be granted. Examination

1

1 of the motion to proceed in forma pauperis and the copy of petitioner's trust account statement
2 reveals that petitioner is unable to afford the costs of this action.
3    In accordance with the above, IT IS HEREBY ORDERED that:
4    1. The findings and recommendation of October 3, 2006, is VACATED; and
5    2. Petitioner's motion to proceed in forma pauperis is GRANTED.

7    IT IS SO ORDERED.
8    Dated:   **November 3, 2006**          /s/ **Dennis L. Beck**
  ah0l4d                          UNITED STATES MAGISTRATE JUDGE

2