1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8
9

| | |
|---|---|
| JOHNNY J. CLOUGH, | CV F   06-0903 DLB HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME |
| v. | [Doc. 20] |
| M.S. EVANS, | |
| Respondent. | |

10
11
12
13
14

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

15
16

pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to

17

the jurisdiction of the United States Magistrate Judge.

18

        Now pending before the Court is Petitioner's motion for extension of time, filed February

19

23, 2007.  (Court Doc. 20.)  Good cause having been demonstrated, Petitioner's motion for

20

extension of time is GRANTED, and Petitioner is granted thirty (30) days from the date of

21

service of this order to file a traverse.

22
23

        IT IS SO ORDERED.

24

        **Dated:**   **May 8, 2007**            **/s/ Dennis L. Beck**
                                UNITED STATES MAGISTRATE JUDGE

25
26
27
28

1