# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY J. CLOUGH,<br><br>        Petitioner,<br><br>   v.<br><br>M.S. EVANS,<br><br>        Respondent.<br>_____/ | CV F   06-0903 DLB HC<br><br>ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>[Doc. 23] |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

     Pending before the Court is Petitioner's second motion for an extension of time to file a traverse.  GOOD CAUSE having been demonstrated, Petitioner's motion for an extension of time is GRANTED, and the traverse shall be filed on or before August 1, 2007.

    IT IS SO ORDERED.

     Dated:   **July 20, 2007**                     **/s/ Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE