IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY J. CLOUGH,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>M.S. EVANS,<br><br>　　　　　Respondent.<br>_____/ | 1:06-cv-00903 DLB (HC)<br><br>ORDER GRANTING PETITIONER'S THIRD MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>(DOCUMENT #25) |

　　　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 2, 2007, petitioner filed a third motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

　　　　IT IS SO ORDERED.

　　　　Dated:   **August 23, 2007**　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE